SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
AUSTIN J. RICE-STITT, WSBA #42166
Assistant United States Attorney
    1000 SW Third Avenue, Suite 600
    Portland, Oregon 97204-2936
    Telephone: (503) 727-1000
    E-mail: Austin.Rice-Stitt@usdoj.gov

Attorneys for Defendant MERRICK GARLAND,
Attorney General of the U.S. Department of Justice

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES PELL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, MERRICK GARLAND, in his official capacity as Attorney General of the United States; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-05945-JFW (PVC)<br><br>NOTICE OF SETTLEMENT<br><br>Honorable John F. Walter<br>United States District Judge |

    Defendant Merrick Garland, in his official capacity as Attorney General of the United States, hereby gives notices that this matter has been resolved in accordance with the terms of the Settlement and Release of Claims Agreement attached hereto as Exhibit

1

A. Certain portions of the Settlement and Release of Claims Agreement have been redacted at Plaintiff's request pursuant to the Privacy Act of 1974, 5 U.S.C. § 552(b)(6).

DATED this 1st day of April, 2022.

    Scott Erik Asphaug
    United States Attorney
    District of Oregon

    *s/ Austin J. Rice-Stitt*
    Austin J. Rice-Stitt
    Assistant U.S. Attorney

    Attorneys for Defendant
    MERRICK GARLAND, Attorney
    General of U.S. Department of Justice